07-00093

Hon. Judge Smith;

I am writing to you out of frustration. I feel that I've been misled and lied to by my attorney and have been sold a bad plea bargain. I appeared before you on March 12th to plead guilty — with the following conditions.

1.) A sentence of 39 months with a recommendation of being designated to Leavenworth Camp and entry into the alcohol program.

2.) Release on house detention until sentencing.

I am positive you had no knowledge of the second condition. After leaving your courtroom, I appeared in Judge Larsen's court and was released. To my surprise my attorney informed the court I could not walk and even required help bathing. Both these statements were false and I never told Mr. O'Connor that. In fact I informed him that I was having a walker brought so I could leave to go home. I probably should've said something then but to be truthful — I was anxious to go home. Now I see how Judge Larsen thinks I deceived him. But if that was the case why did I report back to the courthouse to Stephanie for meeting to determine PSI details.

While at home, I was able to use a whirlpool, exercise with weights and use

a walker to increase my mobility. It was hard work, but I'm determined to be as mobile as possible. After 4 weeks I was able to use a cane.

Now I find myself back at CCA and everyone thinks I recovered the court. That is not true! Why don't they give me the myleogram or CAT scan that would show the disc damage? I have extreme pain and yet because I won't take medication, they claim I'm safe.

Mr. O'Connor has coerced me to take a plea despite telling him I'm innocent. Isn't that ethically wrong? He even told me he would quit if I didn't accept the plea. We paid him and now he says I won't get any money back. I gave up 70,000 and not 700 of work in return. He has never mounted a defense and now I wonder if anything he's told me is true.

I apologize for my handwriting. I have developed a slight palsy in my right hand.

Thank You

[signature]