UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for the Honorable Ortrie D. Smith

| UNITED STATES OF AMERICA | Case No:07-0093-01-CR-W-ODS |
|---|---|
| vs. | Date: 10/06/2008 |
| RINGLING DAN COHN | Defendant No:01 |
| Plaintiff Counsel | Defendant Counsel |
| Mike Warner | John O'Connor |
| Time Commenced: 10:15 a.m. | Time Terminated: 12:50 p.m. |

---

\_\_\_\_\_ Interpreter Sworn.         WITNESS
\_\_X\_\_ Evidence: 10:24 a.m. Plaintiff presents evidence.   Susan Richart 10:24-10:54 am
        10:24 until 10:30 a.m. recess.                Debbie Panuco 10:54-11:24 am
        11:30 a.m. Defendant presents evidence.       Lakesha McLaughlin 11:30-11:52
                                                      Michael Waldeck 11:53-12:14 pm

\_\_\_\_\_ Witness:
\_\_\_\_\_ There are NO objections to the P.S.I. OR the Guideline Range. Defendant withdrew objections to PSI report.
\_\_X\_\_ There are unresolved issues regarding the P.S.I. and the Guideline Range to be discussed with the Court:   The Court denied the Defendant's objections to obstruction of justice and acceptance of responsibility and awarded the enhancements.  Defendant orally withdrew other objections.  Court found the plea agreement void.

Total Offense Level: 25 Criminal History Category:IV  Imprisonment Range: 84 to 105 months
Special Assessment: $400.00  Supervised Release Range: 3 to 5 years  Fine Range: $10,000.00 to $4,000,000.00
Restitution: $640,820.28   OR Not Applicable:

The Defendant is sentenced to Count(s):3, 6, 10 & 12 of the  Indictment.
\_\_\_\_\_  Motion is filed by the U.S. Government for Downward Departure.
\_\_\_\_\_  The Court grants said motion.
\_\_\_\_\_  Other Motions:

\_X\_\_\_ Defense counsel statement.  Government statement.  Defendant statement.

INCARCERATION:
\_\_X\_\_ The Court hereby orders the defendant to serve the following term of incarceration with the FBP:   96 months on each counts 3, 6, 10, and 12, to be served concurrently.
_____The imposed sentence shall run CONSECUTIVELY/CONCURRENTLY
\_\_X\_\_ Defendant is hereby remanded to the custody of U.S. Marshal.
\_\_\_\_\_ Defendant is allowed to surrender on

PROBATION:
\_\_\_\_\_ The Court hereby orders the defendant to serve the following term of Probation.
        5 years on count 1.

SUPERVISED RELEASE:
\_\_X\_\_ The Court hereby orders the defendant to the following term of Supervised Release:
        5 years on count s3, 6, 10, and 12, to run concurrently.

SPECIAL CONDITIONS OF SUPERVISED RELEASE OR PROBATION: see J&C

FINE:
\_\_\_\_\_ The Court imposes the following fine:
\_\_X\_\_ Fine Waived.
\_\_\_\_\_ Count(s) fine applicable to:_____.

RESTITUTION:
\_\_X\_\_ The Court imposes the following Restitution: $640,820.28
\_\_\_\_\_ Not Applicable.
\_\_\_\_\_ Waived.

SPECIAL ASSESSMENT:
\_\_X\_\_ The Court imposes the following Special Assessment: $400.00

RECOMMENDATIONS:
\_\_\_\_\_ The Court makes the following recommendations to the FBP:

\_\_\_\_\_ The Court Denies the Defendant Federal Benefits for a term of _____ pursuant to _____.

\_\_X\_\_ Upon Motion of the U.S. Govt. the following Counts are dismissed: 1, 2, 4, 5, 7, 8, 9, 11, 13, 14, 15, and 16.

\_\_X\_\_ The Court advises the Defendant he/she has 10 days to appeal.